**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **TING CONG LIN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-713-G** |
| | ) | |
| **TODD BLANCHE, Attorney General, et al.,** | ) | |
| | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner Ting Cong Lin filed a Petition for Writ of Habeas Corpus (Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") and seeking an individualized bond hearing.

On November 9, 2026, Respondents filed a Status Report (Doc. No. 16) stating that Petitioner has been released from ICE detention on an order of supervision and arguing that Petitioner's claims are moot. *See id.* at 1. On that same date, the Court ordered Petitioner to show cause in writing within seven days why the Petition should not be dismissed as moot. *See* Order to Show Cause (Doc. No. 17). As of this date, Petitioner has not responded to the Order to Show Cause or requested additional time to do so.

As it is apparent from the record that Petitioner is no longer in custody, Petitioner's habeas claims are moot, and dismissal is warranted. *See Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 23rd day of November, 2026.

CHARLES B. GOODWIN
United States District Judge